UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE J. FALCON | *CIVIL NO. 6:12-2358 |
| VERSUS | *JUDGE FOOTE |
| MARK VENABLE, ET AL. | *MAGISTRATE JUDGE HANNA |

### MINUTES OF SETTLEMENT CONFERENCE

On Friday, February 12, 2016, the undersigned magistrate judge held a settlement conference in this action, commencing at 10:00 a.m. and concluding at 12:30 p.m.[1] Participating in the conference were the following:

- Bruce J. Falcon, the plaintiff;

- William L. Goode, counsel for the plaintiff;

- Joy C. Rabalais, counsel for the defendants Mark Venable, Reginald Hilts and the City of Scott;

- Jerry Cronin, representative for the defendants.

At the conclusion of the conference, the parties failed to reach an amicable settlement of the claims of Bruce J. Falcon.

Signed at Lafayette, Louisiana on February 12, 2016.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 2 hours and 30 minutes.