UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| BRUCE J. FALCON | : | |
| VERSUS | : | CIVIL ACTION NO. 6:12-CV-02358 |
| OFFICER MARK VENABLE, ET AL | : | JUDGE FOOTE, MAG. JUDGE HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

ORDER

Considering the foregoing Joint Motion for Dismissal;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff's Complaint in the above entitled and numbered cause be, and it is hereby dismissed with full prejudice to all rights of all parties.

THUS DONE AND SIGNED at  Lafayette , Louisiana, on this  5th  day of  May , 20 16 .

_____
JUDGE